IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

OSHAY JOHNSON,

    Petitioner,                                   No. CIV S-10-1841 MCE EFB P

    vs.

K. DICKINSON,

    Respondent.                               <u>ORDER</u>

        Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On September 9, 2011, petitioner requested an extension of time to file and serve objections to the August 31, 2011 findings and recommendations granting respondent's motion to dismiss. *See* Fed. R. Civ. P. 6(b). The purpose of the objection period is not to brief the merits of respondent's motion in the first instance. Petitioner has already had the opportunity to oppose respondent's motion and has had ample time to research the relevant legal issues.

        Accordingly, it is ORDERED that petitioner's September 9, 2011 request is granted to the extent that plaintiff has until September 27, 2011 to file objections to the August 31, 2011 findings and recommendations. Absent a showing of substantial cause, the court does not intend to grant further extensions of time.

Dated: September 13, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE